# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336

```
 1 | DANIEL G. BOGDEN
   | United States Attorney
 2 | Nevada State Bar No. 2137
   | DANIEL D. HOLLINGSWORTH
 3 | Assistant United States Attorney
   | Nevada Bar No. 1925
 4 | U.S. Attorney's Office
   | 333 Las Vegas Boulevard South, Suite5000
 5 | Las Vegas, Nevada 89101
   | Telephone: 702-388-6336
 6 | Facsimile: 702-388-6787
   | Email: daniel.hollingsworth@usdoj.gov
 7 | Counsel for the United States of America
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 2:14-CV-948-GMN-(NJK) |
| $115,964.46 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**MOTION TO UNSEAL**

The United States of America, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, moves this Honorable Court for an Order to unseal the above-captioned case.

/ / /

/ / /

/ / /

/ / /

/ / /

The grounds for the seal are no longer valid. Nathan Stoliar has pled and his sentencing is soon. However, James Jariv has not pled, and his criminal prosecution is pending.

Dated this 7th day of January, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 1-12-15

GLORIA M. NAVARRO, Chief Judge
United States District Court

2